UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

MOBILE TELESYSTEMS PJSC,

                Defendant.

Case No. 1:19-cr-00167 (JPO)

**ORDER**

J. PAUL OETKEN, United States District Judge:

    The motion of Gary DiBianco for leave to withdraw as counsel for defendant Mobile TeleSystems PJSC is GRANTED.

SO ORDERED.

Dated: New York, New York
       March 5, 2024

_____
J. PAUL OETKEN
United States District Judge