UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>MOBILE TELESYSTEMS PJSC,<br>                              Defendant. | 19-CR-167 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

   Upon the Government's unopposed motion to dismiss the Information against Mobile TeleSystems PJSC, it is hereby ordered that the Information is DISMISSED.

   The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated:  March 19, 2024
        New York, New York

_____
J. PAUL OETKEN
United States District Judge